**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **JARVIS HAVIOR,** | ) | |
| | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| v. | ) | **CRIMINAL CASE NO. 5:22-cr-1 (MTT)** |
| | ) | |
| | ) | **CIVIL CASE NO. 5:24-cv-248 (MTT)** |
| | ) | |
| **UNITES STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

## ORDER

Movant Jarvis Havior was convicted of Possession of Methamphetamine with Intent to Distribute under 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii).  Docs. 324; 395. Havior has since moved to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255.  Doc. 696.  United States Magistrate Judge Charles H. Weigle recommends denying Havior's motion.  Doc. 723.  The Magistrate Judge also recommends denying a certificate of appealability.  *Id.* at 1, 10.  There are no objections, so pursuant to 28 U.S.C. § 636(b)(1), the Court reviews the Recommendation for clear error.  After review, the Court accepts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation (Doc. 723) is **ADOPTED** and made the Order of the Court.  Accordingly, Havior's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. 696) is **DENIED** and a certificate of appealability is also **DENIED**.

**SO ORDERED**, this 24th day of April, 2025.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT